IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 |
|    ALEXANDER PAVLOVIC | ) | Case No. 11-38405 |
|       Debtor(s) | ) | Judge: JACK B. SCHMETTERER |
| | ) | Trustee: Tom Vaughn |
| | ) | |
|    ALEXANDER PAVLOVIC | ) | |
|       Plaintiffs | ) | |
| v. | ) | Adversary No.: 12-00106 |
|    MILOS NIKOLIC, | ) | |
|       Defendant | ) | |

### FINDINGS OF FACT AND CONCLUSIONS OF LAW

Upon review of the record including Plaintiff's Complaint, Summons, and Motion for Default and Default Judgment, along with all exhibits and other attachments, the Court makes the following Findings of Fact and Conclusions of Law:

### FINDINGS OF FACT

1. The Plaintiff is the Debtor in the underlying Bankruptcy Case.

2. Defendant Milos Nikolic is an individual and a citizen of the state of Illinois.

3. The Plaintiff is the owners of a parcel of real estate (hereinafter the real estate), used as his principal place of residence, commonly known as 147 Brookfield Ave., Mt. Prospect, IL and legally described as follows:

   LOT 130 (except the East 50 feet thereof) in Forest River, a subdivision in the North 1/2 of Section 36, Township 42 North, Range 11, East of the Third Principal Meridian, in Cook County, Illinois

   PIN: 03-36-103-020

4. HSBC Bank holds a first mortgage lien on the real estate in the amount of $268,691.80.

5. Defendant Milos Nikolic holds a second mortgage lien on the real estate in the amount of $70,000.

6. The fair market value of the real estate is $250,000.

7. The balance due on the first mortgage ($268,691.80) exceeds the value of the real estate ($250,000)

## CONCLUSIONS OF LAW

8. This Court has jurisdiction to hear this matter pursuant to 28 U.S.C. §157 and 28 U.S.C. §1334.

9. This matter constitutes a core proceeding.

10. As a result of the finding of Paragraph 7, there is no equity to support Milos Nikolic's secured claim and any claim of Milos Nikolic based upon a second mortgage on the real estate is completely unsecured.

11. Thus pursuant to 11 U.S.C. §506(a) and 506(d), Milos Nikolic's second mortgage is not an allowed secured claim, and as a result, Milos Nikolic's second mortgage lien is void. See In re Mann, 249 B.R. 831, 840 (1st Cir BAP 2000); In re Pond, 2001 U.S. App.Lexis 11287 (2nd Cir. 2001); In re McDonald, 205 F.2d 606 (3rd Cir. 2000); Bartee vs. Tara Colony Homeowners Assoc., 212 F.3d 277 (5th Cir. 2000).

MAR 27 2012

Judge Jack B. Schmetterer

Prepared By:
Philip Igoe
221 N. LaSalle, Suite 2301
Chicago, IL 60601
312-782-2883